```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/03/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                          :

UNITED STATES OF AMERICA,      :

                                         -v-                :              1:.19-cr-404-GHW-2

DEJAN MEDIC,                          :              <u>ORDER</u>

                          Defendant.  :

------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

    Upon the application of the DEJAN MEDIC by and through his attorney, JULIA GATTO, and with the consent of the United States of America, by and through DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, LOUIS PELLIGRINO, Assistant United States Attorney, of counsel, it is hereby ORDERED that the status conference scheduled in this matter for January 6, 2022 is adjourned to February 8, 2022 at 11:00 a.m.

    The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because it will permit the parties to continue to discuss a pretrial resolution of this matter. Accordingly, it is further ORDERED that the time from the date of this order through February 8, 2022 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

    The Clerk of Court is directed to terminate the motion pending at Dkt. No. 20.

    SO ORDERED.

Dated: January 3, 2022
       New York, New York

                                                          GREGORY H. WOODS
                                                      United States District Judge