UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

UNITED STATES OF AMERICA      :

                    :

    -against-           :            19-CR-404-GHW

                    :

DEJAN MEDIC,          :            <u>ORDER</u>

                    :

          Defendant.     :

                    :

------------------------------------------------------------------- X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:___6/1/2022___

GREGORY H. WOODS, United States District Judge:

      It is hereby ORDERED that the defendant in the above captioned case, USM Number

91356-054, has been sentenced principally to a term of imprisonment of "Time Served," and

therefore is to be released subject to any detainers.

      SO ORDERED.

Dated: June 1, 2022
     New York, New York

                             GREGORY H. WOODS
                      United States District Judge